UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────

CHRISTIAN VIERTEL,

                        Petitioner,

        - against –

UNITED STATES OF AMERICA,

                        Respondent.
──────────────────────────────────────

08 Civ. 7512 (JGK)
01 Cr. 0571 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached submission, which purports to ask for various documents, including grand jury records, and asks for someone to "show cause" on various issues, including whether "clerk Lopez" was a "living clerk."

The application is **denied**.  There is no pending action before this Court for which such information could be relevant. The last application for a writ of error coram nobis was denied, and the appeal from that Order is pending in the Court of Appeals.

In addition, the petitioner has failed to show good cause for the discovery he seeks and, with respect to any requests for grand jury materials, he has failed to make the particularized showing necessary to obtain such materials.  See, e.g., Garafola v. United States, 909 F. Supp. 2d 313, 335 (S.D.N.Y. 2012) ("A petitioner in a habeas corpus proceeding generally does not have a right to discovery unless the petitioner can show good cause."

1

(citation omitted)); <u>Ida v. United States</u>, 191 F. Supp. 2d 426,

434 (S.D.N.Y. 2002) ("[L]itigants seeking access to grand jury

materials must show a particularized need for such

materials . . . ." (citation omitted)).

The application for orders to show cause is **denied.**

**SO ORDERED.**

**Dated:**    **New York, New York**
          **January 30, 2014**          _____/s/_____
                                            **John G. Koeltl**
                                    **United States District Judge**



# United States District Court
### For The Southern District Of New York

------------------------------------X        (faxed to chambers @ 805-7912 on Jan-27-14)

UNITED STATES *OF AMERICA*,

                *Plaintiff,*

FRITZ G. BLUMENBERG,

CHRISTIAN T. VIERTEL, *defs*

~~JOHN C. LEE~~, *exclusive NoLlee*

------------------------------------X

UN[RE]SOLVED MOTION, *DA CAPO*, FOR ORDERS TO SHOW CAUSE, TO APPREHEND A STILL FUGITIVE "SEALED INDICTMENT" LOST, FEIGNED OR FILED ON 6/14/01's ELEVENTH HOUR; TO FURTHERMORE 1) SHOW "JUDICIAL SEALING" ORDER OF 6/14/01; 2)SHOW  COURT FORM AO 190; 3) SHOW WHY ID-MARK "**JUDGE KOELTL**" ON DOC#1 INFIXED 5 DAYS LATER SHOULD NOT BE SANCTIONED; 4) SHOW PROPRIETY FOR NYSD-CR-CASE-570's 96+ HOURS DOCKET SALTO FORWARD TO 6/18[1]; 5) SHOW "CLERK LOPEZ" WAS A LIVING CLERK "WHO" FOLLOWED JUDICIAL ORDER ON 6/14 OR 6/15 BY RUBBERSTAMPING WARRANTS

2001 (Cr) 00571- (03) (JGK)

*[published http://bit.ly/1hO0Bwm]*

### Motion for expedited Orders and for Vacatur of Convictions Due lack of Federal Jurisdiction for Count One over both time-barred overt acts

**Pursuant** to what this Court **SO ORDERED** on 01/11/14: *"granted in part and denied in part"*. As in - *stratagem cunctatoris* - the Court **misconstrued** its *"grant"* of a direct Motion demand for SHOW-TELL-RELEASE of a truly "SEALED INDICTMENT" as proclaimed per DOC#_1, which the Court ultimately

---

[1] The Court was noticed by "GOTCHA" fax http://bit.ly/1f3zQ54 that rectitude of a "06/14/2001" TRUE BILL filing was dismal, as in FRAUD UPON THE COURT.

failed[2] to produce from Courthouse records, despite available services from its intramural "Sealed Records Department".

## "There is such a thing as due process of Law !"
Scalia on 1/21/2014 as reminder to the Federal Judiciary.

Good CAUSE is based upon good Law: US V. COTTON (01-687) 535 U.S. 625 (2002): "Because subject-matter jurisdiction involves a court's power to hear a case, it can never be forfeited or waived. Thus, defects require correction regardless of whether the error was raised in district court", and,

## Where jurisdiction is challenged it must be proved.

(Hagan vs. Lavine, 415 U.S. 528 (1974)); see also: "Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the Law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." (Exparte McCardle, 7 Wall.506,514 (1869)). Chief Judge Kozinski slightly touched the tip of one iceberg of a mountain-chain of icebergs: "There is an epidemic of Brady violations abroad in the Land. Only judges can put a stop to it." [U.S. vs. Olsen]. Movant notes that Kozinski obviously refers to the noble majority of the judiciary.

---

[2] "In order for a document to be filed under seal, a protective order must be signed or a request by letter must be granted by a judge. A copy of the order or letter must be presented when filing the document. The only exceptions are if the entire action has been placed under seal or a judge has signed the sealing envelope and submits it directly to the sealed records clerk." Federal Judiciary Center: All documents filed under SEAL must contain original signatures.

### *GOOD CAUSE UNO*

In lieu, this Court re-produced two, *déjà-vue indubitably confederated, probably doctored and concocted* rather self-serving and bogus documents (DOC#_1 titled "<u>INDICTMENT</u>" was backdated & DOC#_2, also titled "<u>INDICTMENT</u>" a "*saftig* fig leave-scam" typed up hastily by USANYS' prosecution team for extra-rubberstamping by any ready and slavish enough Magistrate in commission of entry-fraud) on PACER files to seek derailment of DUE PROCESS review, but <u>*unconforming*</u> to DOC#314 MOTION DEMAND (hereby adopted in its entirety).

## *[Hon.Puppitman A-Go-Go ? Favorism catches friendly fire]*

How many "<u>INDICTMENT</u>" [3] LABELS is this Court going to pull (?) and mail around, before a missing "SEALED UPON APPLICATION" VERSION will see daylight?

Seasoned Federal Clerks <u>confirmed</u> to Movant, that DOC# 2 was <u>not</u> <u>prepared and not worded</u> by Honorable Pitman or his staff, evidenced by the missing "<u>ORDER</u>" label adjacent right of the caption and by fact that Magistrates "would not *type up <u>INDICTMENTS</u>, pointing to the United States for the overt template blunder*", also, staff pointed out, that "*no record of*

---

[3] What "*Coincidence*": Idem typistry, idem Word-Software, idem template - slightly botched, idem paperstock, <u>INDICTMENT</u> over <u>INDICTMENT</u>



*a United States "Application" can be located nor records of what Pitman posits in this clip below (from DOC# 2), clearly* **CROSSING A RED LINE**:



Meanwhile for purposes of this MOTION, Movant must count (with *prudence*) upon Hon.Pitman's <u>signed</u> and <u>super-duper-rubberstamped statement</u>: 1) *"was returned"* and 2) *"application of the Government"* was made 06/14/2001, Movant and Public must bank upon integrity and fear of disrepute that a Magistrate *"wouldn't fib in favor of a powerful plaintiff"* in violation of his/her sworn duties, unless for a substantial **ROI**[4]:

## THE COURT MUST ORDER A SEARCH & RESCUE, NOW

Thus this Court shall **NOW ORDER AD HOC** an intramural *Search & Rescue* mission for VERIFICATION if DUE PROCESS checks out, or, if all fails and aborts what JUDICIAL REMEDIES would be due, proper and agreeable to the injured parties, including the citizenry at large.

Seriatim: DOC#314 MOTION to SHOW an "allegedly" <u>SEALED INDICTMENT</u> challenged conformity and true record of a factual, not fictitious, judicial sealing on whatever non-doctored date, if at all (whether upon application or by unlawful osmosis), and further challenged: USANYS POSESSORSHIP OF A VALID AND TRUE BILL ON 6/14/01, AND WHETHER SUCH INDICTMENT WAS FILED IN OPEN COURT (wink-wink-it was not, Movant is told), AND SHOW AO190 with Foreman Rehm's own jurat, AND SHOW A DATED, JUDICIAL <u>TO BE SEALED NOW ORDER</u> BY AN IDENTIFIABLE MEMBER OF THE JUDICIARY who was present in Court.

---

[4] ROI= Return Of Investment [on presumption that judicial reputation has a value]

Pursuant to Court/Clerk records and information, Movant recognized, that a duty Magistrate[5] on 2001 *U.S. Flag Day* <u>was probably not judicially engaged here,</u> simply because Magistrates lack jurisdiction to accept and bless one, two or three "Proposals for Arrest", unless <u>upon certain valid applications</u> in exclusion of "mirth over a potential Indictment".

Still, legally worthless, doctored "ARREST WARRANT" paperwork was left judicially unprocessed, which caused the USANYS since to dematerialize all traces from SDNY records.

JUDGE KOELTL's Bench Appearance Hearing on 6/19/01 rolled by *sans* "Arrest Warrants", in disrespect of a DJ's Operations MANUAL[6] stating that: a Judge must *"ascertain, whether (d) a warrant had been issued"* (DOC#_3_, points to lack of DUE PROCESS: "unreturned", vanished warrants: "Officer's Return of Arrest Warrant", NO FORM AO442: Receipt and Execution of a Warrant must be certified by an authorized Officer), but more:

---

[5]Hon. M. Dolinger did actively FILE legitimate Indictments, non-sealed, and issued, genuinely authorized, signed A/Warrants on "U.S.-Flag-day" 6/14/2001 including i.e.01-mj-1113 Beckman/mj-1130 Pazmino/mj-1125 Allen/mj-1119 Bracey/mj-1118 Wilbur/mj-1117 Medina. Blumenberg, Lee and Viertel were not among the unlucky but lawfully "to be apprehended".

[6] Bench Book for District Judges (amend-2000):

**1.05  Commitment to another district (removal proceedings)**

Fed. R. Crim. P. 40

A. Appearance before a magistrate judge by a defendant arrested in this district for an alleged offense committed in another district (U.S. attorney will have filed a Petition for Removal).
　　1. Ascertain from U.S. attorney or arresting officer:
　　　　(a) where the alleged offense was committed;
　　　　(b) when defendant was arrested and whether the arrest was with or without a warrant;
　　　　(c) whether an indictment has been returned or an information or complaint filed;
　　　　(d) whether a warrant has been issued.

30/01/14, 11:54:0 ... 212 805 7912 - PAG. 006/017

## GOOD CAUSE DOS

Movant's "own", the third cloned "RUBBER *Warrant*" was seriously *tampered* by *coloring-artist* "AUSA issuer" Mark Harris[7], affixing an – extra judicial novelty – "Signature-ID-Stamp" of a *foreseeably* unseeable Clerk in lieu of the physical presence in flesh by a living clerk as DUE PROCESS demands (or maybe not?). Fact is HARRIS was not entitled on 6/14/2001 to a real Arrest Warrant for lack of a valid true bill.

        Simple as that.

    **President Obama** pronounced last week at the DOJ that aliens are entitled to equal respect, ex post facto and belated Movant suspects.

| | NO.485    P.1312/ |
|---|---|
| 1 nEV. 8/91) WARRANT FOR ARREST    AUS    MARK HARRIS 637-24 | |
| ited States District Court | SOUTHERN DISTRICT OF NEW YORK |

* * *

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE) | DATE |
| HON: MICHAEL H. DOLINGER | | JUNE 14, 2001 |
| CLERK OF THE COURT | (BY) DEPUTY CLERK | DATE ISSUED |
| JAMES M. PARKISON | Melanie L. Lopez | JUNE 15, 2001 |

---

[7] SELF-DECLARATION by "*Mark Harris is a former clerk to U.S. Supreme Court Justices John Paul Stevens and Lewis Powell, Jr., and Judge Joel Flaum of the U.S. Court of Appeals for the Seventh Circuit. Mark subsequently served as an Assistant U.S. Attorney for the Southern District of New York, during which he prosecuted a broad spectrum of federal crimes, including health care fraud, financial fraud, and* **corporate embezzlement**, *and tried a number of jury trials and argued before the Second Circuit.*"(bold/underline added) Added: Talmudic law scholar.

## When 5 years are just not lengthy enough

On 06/14/01, AUSA Harris was caught _sans_ TRUE BILL, evidently, a "Magistrate's or delegated Clerk's Warrant" would be elusive while the 18 USC §3282(a) TIMEX tick-tick-ticked on _"his crucial §371 prison enhancement ploy"_. §371, as the Court will recall, was the eleventh-hour COUNT ONE (Viertel - _long proven untenable_ - overt acts, §371).

Grave situations, common in collapsing schemes, call for gravest improprieties, law-coloring and sophisticated cover-up-means inculpating the families of more than three - presumptively innocent - false arrest-victims. This was not legitimate trustworthy Federal Court Business. In California fabricators are not admitted to the bar.

It certainly was USA White's non-kosher Monkey-type-Business, _a near-miss_, but not near DUE PROCESS. This government ploy was only now fully discovered - reward-free - thanks to federal whistleblowers at two Courthouses believing in **good cause and in INTEREST OF JUSTICE in promotion of DUE PROCESS, sanctions for wrongdoers[8] and claw backs to reputation and triple Benjamin's undeservedly purloined**.

### FUGITIVES ON THE LOOSE ?

One day later 06/15/2001, Movant hereby continues to certify under **28USC§1746**, AUSA Mark Harris confederated with FBI-SQUAD C-12, BQMRA to broadcast a PRIORITY FBI-Cable to (1) Garret Mountain RA[9] New Jersey, (2) Bridgeport RA Connecticut, and (3) Palm Beach RA Florida

---

[8] Efforts to fix the perpetual misery machine that is our criminal justice system have won support not only from progressives and academics but from conservatives, from enlightened law enforcement groups, from business and even from advocates for crime victims. (Bill Keller NYT 01/26/2014 OP)

[9] RA = FBI Resident Agency branch

in follow up of *"Reference telephone calls from SSA O'Sullivan"* et al
to (Synopsis) "Locate and apprehend CHRISTIAN T.VIERTEL - FUGITIVE
(B)" under "3): FBI-SQUAD C-12's interstate faxes[10] deliberately, under
false pretense, mischaracterized "Enclosures" in that "a) Copy" had
the above fake signature stamp, and "b) Copy" was an seal-free,
signature- Foreperson-free, NO-Open-Court DRAFT at http://bit.ly/1d4blBY
[Appendix B] or, by lucky chance or oversight, if plaintiff USA's
agents did not yet *cleans* Court files, all 11+ DRAFT pages should lay
in @ DOC#_7 SDFL certified under Rule 40 and not really advisable for
tampering[11].

Ostensibly, *not a single of three* fake "Arrest/Warrant" were
*returned*, nor lawfully *executed* to this date, notwithstanding 3
chained non-violent arrestees from "three *other federal districts*",
understandably so, Movant was advised by Clerks, because any execution
*"return"* of a *fake* arrest warrant would have *etched* USA's document
fraud in stone unmasking their tools employed for premature, false,
preemptive, unconstitutional arrests. Harris, under White/Canellos's
control, "swindled[12]" to 5 extra days of undeserved authority to
prosecute, inter alia, Viertel's time-barred COUNT ONE, §371.

## Falsus in uno, falsus in omnibus

---

[10] Snapshot from FBI ORIGINAL



> 3) Enclosed for Miami are the following:
> a) Copy of an arrest warrant for CHRISTIAN T. VIERTEL issued by the Southern District of New York.
> b) Copy of the indictment charging VIERTEL.
>
> PRIORITY FAX from NY SQAD C-12 BQMRA to Palm Beach RA- FBI 06/15/2001

[11] If tampering did happen, MOVANT received a fresh SET of the TRANSMISSION,
Courtesy WPB*SDFL; upon request to nuncprotunclaw@aol.com , with pleasure ☺

[12] Making a materially false statement in violation of 18 U.S.C. § 1001

## GOOD CAUSE TRES

This distinguished, impartial COURT shall proper NOTICE the evidence  and try its luck in "*judicial preponderance*", ultimately, as in "*relevant conduct*" assessments, and gauge how small a probability remained that AUSA Harris possessed a VALID, Foreman-approved, AO190-certified, to be SEALED or not, OPEN-COURT-FILED VALID Indictment on 06/14/2001. Truly set below ZILCH, *NADA as in LOVE*.

Equally ZILCH are chances that *successful* Grand-Jury sandwich-Meister Harris [Supreme Court "groomed", with a well stocked quiver of legal ethics] would *disallow* his FBI-goons from high-fiving a trophy BILL, *if he had caught one*.

Harris could not catch the TRUE BILL on time, and Movant certifies herewith, that Harris instructed Palm Beach AUSA Lothrop Morris and AUSA William Zloch ("*ben*" of a real SDFL Chief Judge) to distract Honorable Ann Vitunac by hyperbole multimillion hearsay from the missing BILL "issue" and from checking 06/14/2001 records onward on uscourt.gov's intranet during Viertel's initial chained Appearance 6/19/2001 in Palm Beach at 9:30am.

A day earlier, 06/18/01, SDFL FBI CRA faxed at 02:55 Harris's unsigned, un-indexed DRAFT-BILL onwards to USAO WPB, at least **4 days** after "DOC#_1-FILE-day's [D1] back-entry by Clerk (jm). On 06/19/01 USAO WPB FL at 08:57am *refaxed* (No.485), the same, now "*5-days-aged*" DRAFT-BILL seemingly still the "best they could come up with" to Rogers' Courthouse Magistrate intake laser.

Amazingly, on 06/19/2001, 5 days after "D1-SEAL" FILE-day, the United States of America *ignominiously dumps on* "Domina Justicia", non

sequitur, and appears by _breakfast time_[13] in Vitunac's Court _without a_
_REAL INDICTMENT_.

According to MARY JO WHITE's **AO257** COURT FILING by AUSA Harris
and the SSA _"6/15/2001 FBI fax author O'Sullivan"_, the USANYS did
**certify** that Viertel was a) not a FUGITIVE, and b) the USANYS was
without a DOCKET NUMBER. See clipart below:

AO 257 redacted scan (undocketed, discovery by Motion)



---

[13] **_two 9/11 Hijackers_** _held a power breakfast 06/19/2001 nearby on Atlantic_
_Avenue, while SSA Joseph G.Sconzo – 561-296-7900, was busy executing a_
_warrant-less "FUGITIVE" capture of Movant VIERTEL in Boca Raton, FL., after_
_having deceived Boca Police on 06/18 over his possession of a "Federal_
_Warrant" to induce Boca Police to provide "AOA" (assist other agency)to him._

## *GOOD CAUSE CUATRO*

Movant certifies that - inter alia - all false arrest warrants copies and the multi-faxed but unsigned DRAFT-BILL, at least 15 pages of FBI RECORDS, were evidently understood to be subject to disappearance - as in evidence destruction and record tampering - without trace from the "official custodian of FBI/DOJ records". These 15 pages, in fact, were omitted from requisite content of a 450+ pages FOIA-Appeal ORDER mailed to Affiant, who hereby states that the DOJ-RECORD was certified as "complete", some portions were redacted. The "Arrest/Warrant" pertaining to VIERTEL's false arrest on 6/19/2001 was missing.

## **FURTHER ARGUMENT IN SUPPORT OF MOTION TO ORDER IMMEDIATE RELEASE OF REMAINING MAY/JUNE 2001 GRAND JURY RECORDS WHICH WERE SUBJECT TO GAG-ORDER SECRETED ON MORE THAN LESS IGNOBLE GROUNDS**

This fact alone is perfect cause to ***NOW ORDER THE GRAND JURY RECORDS IMMEDIATELY RELEASED*** which are UNDER ENHANCED GREAT DANGER OF VANISHMENT, as the tampering incidents above demonstrate. This Court is hereby put on NOTICE that PLAINTIFF MISCONDUCT IS MORE LIKELY THAN NOT.

At the same time of such ORDER, the COURT must enlarge demand for **delivery of the Agate Realty INVOICE**, which is held by the FBI Laboratory in D.C. under Case ID No.196D-NY-279333 - 45 as SPECIMEN "Q6" (Note by Confidential Informant : "A digital record of Q1 through Q6 specimens is retained" as of 05/10/2002). This document, stems from BMI's own laser printer, is a clean but fake voucher BMI has every right to make, and the RIGHT not to mail as part of its June Report 1996 but embargo in New York[14], that was later falsely, if not insanely attributed to Movant as "authored",

---

[14] Contrary to false charge of §1341 non-domestic mailing in furtherance of *"Burda's Foreign Commerce conduct"* not proscribed by Congress in §1341

digitally in virgin FORMAT without subsequent tampering by USANYS'
prosecution team during jury deliberations in 2002 when it became "GX501-
wink-wink" altered by government pen and ink.

   Movant certifies that this "charged" voucher was introduced as
evidence, but not as "interstate matter" during the June 2001 Grand Jury
proceedings (supra) when it was still "unmolested, without 10 cents extra".
USANYS was apparently a deficient custodian at all times.

   *"Society wins"* , the Supreme Court in *Brady* held (at 87) *"not only when the
   guilty are convicted but when criminal trials are **fair,** our system of the
   administration of justice suffers when any accused is treated unfairly."*

### *Qui cum canibus concumbunt cum pulicibus surgent*

   Furthermore, it is highly implausible, Movant submits, that DOJ can
validly controvert or oppose these instant DEMANDS presented *intra*, nor can
DOJ proffer a lawful *non-libelous, non-malicious* basis for branding Movant
VIERTEL as "FUGITIVE" in its own 6/15/2001 FBI facsimile, but it was a
planned DOJ ruse rogue "enforcers" employ to forestall defective authority,
which lack of a real arrest warrant represents. Dirty Tool Boxes must be
closed and disclosed to the public to view what is improper administration
of justice and what not. Movant submits that this case supports the OPTION
for Grand Jurors to use twitter© accounts, those dark alleys of Justice will
remain hidden and prison business costlier than ever.

### YET MORE GOOD CAUSE TO SHOW CAUSE

#### [H.G. Wells' Miracle on Pearl Street?]

   a judicial ORDER that could be authorizing a sworn SDNY CLERK to
certify three *"Arrest Warrants"* on 6/15/2001. The DOJ's nomenclature chose –
in expectation of undetectable abuse - **DOCUMENT FRAUD**

 in **_RUBBERSTAMPING_** a fake-signature-ID *"Melanie*

*L.Lopez"* onto an official Court Form, which, inter alia, violated DUE

PROCESS, Civic and Human Rights, and probably as racial-bias[15]. Taken in the

popular KLIEG lights *"**most favorable to the government**"*, the evidence[16]

included the following.

### GOOD CAUSE CINQUE

Only conjecture" can support a claim that a "True Bill" was "FILED"

and maybe on a slimmest chance also *"SEALED upon application"* earlier than

6/19/2001. Movant certifies that federal whistleblower provided a

"handwritten statement from a DOJ-USANYS operative, who stated indubitably

on the bottom section of the USA's own Form No. USA-33s-274 (Ed.9-25-58),

captioned: **US vs. BLUMENBERG, LEE, VIERTEL INDICTMENT** 01 Cr._[blank]__ MARY

JO WHITE (blank), Foreperson (blank) these pivotal words:

*"6/19/01 Filed Indictment. Case assigned to Judge Koeltl*
*For all purposses [sic]. Signature /S/".*

(Signature redacted, spelling error in Original)

Since all *"**purposses**"* include seeking VACATUR for COUNT ONE (VIERTEL, BOTH

OVERT ACTS charged to have occurred before 6/19/1996) for lack of

JURSIDICTION pursuant to 18 USC §3282. Movant submits, that the overt act,

beside their absurdity, were simply time barred under the section: *"unless*

---

[15] Fake labels Rudy Kurniawan was caught to glue onto cheap wines, White,
Canellos, Weddle, Harris, Cohen etc. glue onto unwanted truth each day

[16] Fictio juris non est ubi veritas : link  http://bit.ly/1cMDDme

the indictment is found… **within** five years next after such offense shall have been committed." A 6/14/2001 "INDICTMENT" would bring both absurd acts within, 6/19/2001 renders both absurd acts without, and moot.

It has IRONIC dimension that both these time-barred and absurd overt acts were created with the DOJ's malicious prosecution tool, that, more likely than not, this COURT and his law clerks knew to have been used.

Furthermore, several clerks independently confirmed that the practice of "back-dating", switching out already filed documents, generally fudging with the official record is rampant in Federal Courthouses, and certainly more so in the SDNY for three reasons: 1) because "caliber" law firms are in the "_gimme_" business, 2) USANYS had weighty demands and uncontrollable help,(Yes, Mr Bharara from 2001 on they did!) and 3) Clerk James Parkison failed to protect Clerks from this _esquirely_ onslaught, but he did help muddy iffy tracks.

### SUMMARY OF COLLATERAL DEMANDS FOR ORDERS TO:

1) SHOW "JUDICIAL SEALING" ORDER OF 6/14/01[17] the "Real McCoy", not any "fake O'Sullivan" or "Pitman-fix"

2) SHOW COURT FORM AO 190, DATED & SIGNED BY FOREMAN;

3) SHOW WHY ID-MARK **"JUDGE KOELTL"** INFIXED ON DOC#1 FIVE DAYS AFTER "FILING" SHOULD NOT BE SANCTIONED[18];

---

[17] Just in Case this Court requires assistance identifying a **real** SEAL ORDER, here is one recent (Hon Peck) model in _US vs Prado_ (13 Mag 2201):

_.. .-., -r.:3/:09 -                    ->              212 805 7912 - PAG. 015/017

4) SHOW PROPRIETY OF PRECEEDING INDEX NYSD-CR-CASE-570's 96+ HOURS
_DOCKET SALTO FORWARD_ TO 6/18[19] OR CONFESS TO TRICKERY;

5) SHOW "CLERK LOPEZ" WAS A LIVING CLERK "WHO" FOLLOWED JUDICIAL ORDER
ON 6/15 BY RUBBERSTAMPING WARRANTS

Willful blindness by any Court adds to severe gravamen that must be
remedied. In this instant case favorably to defendants and unfavorably to
the government and Courts. Such claims arise often from continuing
misconduct by Courts who seeks to shield their most frequent bulk-
complainants, often former colleagues, from getting caught gaming the
"system", which, according to reasonable jurists, is not uncommon or an
unfettered occurrence aggravating heavy rigged odds against American
citizenry, heavier stacked against terrestrial aliens, and pro se parties
and are nothing less than bad faith attempts to cynically subvert the
system, failing their public, once again.

In _Agurs_, 427 U.S. at 110, the Supreme Court pointed to ERROR **"because
of the character of the evidence, not the character of the prosecutor".**
It is useless to deny gravity while falling, Movant suggests that this Court
gauges whether _"harm"_ inflicted upon American Society by plaintiff's conduct
trumps that by defendant's alleged disrespect for domestic interstate
carrier mailing on 06/28/1996 to Germany, far away from the protected
homeland as proscribed by §1341[20]. [Who was Ibsen's real "Enemy of the
state"?]

---

[18] Great news for proctor Harris' cheer: "let's be on the same page"!

[19] The Court was noticed by "GOTCHA" fax http://bit.ly/1f3zQ54 that rectitude
of a "06/14/2001" TRUE BILL filing was dismal, as in FRAUD UPON THE COURT.

[20] All counts evaporated post-trial on absurdity and on facts, due, in part, to the
government's entire maldependence upon "CRIMINAL DOMESTIC MAIL FRAUD" theory in a
"Foreign Commerce Scenario", unsupported by their USManual, statutory and case law.

And, this Court shall probe whether the District Court abusively
<u>certified</u> deceptive entries for the Second Circuit, seriatim, for multiple
Appeals conducted on a corrupted set of entries.

### *IGNORANTIA IURIS NOCET*

*Therefore,* this MOTION should be granted in its entirety, TIME IS OF
THE ESSENCE since risk of additional records tampering by plaintiff's agents
remains substantial: [d]*ishonest conduct or unwarranted concealment should
attract no judicial approbation."* (*Banks v. Dretke*, 540 U.S. 668, 124 S.Ct.
1256, 157 L.Ed.2d 1166 (2004) (citations omitted).

Respectfully submitted this 30th day of January, 2014

Christian T Viertel, Movant pro se
9/18 v. delle Ballodole Firenze, ITALIA 50139
N/A Tel +1 360 227 6326 , <u>viertel2005@aol.com</u>

PS: United States Attorney Lynch found proper words on Tuesday:*"Abusing his
position as an attorney [by laundering money], [Scaglione] not only violated the
code of ethics by which he was bound — he also broke the Law. Those attorneys who
seek to misuse the trust that is instilled in them by the public to perpetrate
crime are on notice that they will be held accountable for their crimes"*.

NYED: 1 NYSD: 0

### 1 Page APPENDICES A & B

#### Certification of Service
by EMAIL: upon USANYS Mr.Preetinder Bharara on this day.
Hard copy by **USPS** to NYSD pro se clerk for transmission to criminal division and to
Chief Judge NYSD, Hon. Loretta A. Preska
Courtesy Hard Copy for Information:
Hon. Associate Justice SCOTUS, Ruth Bader Ginsburg, doyenne Second Circuit
Hon. John D. Bates, Director AOUSC, in lieu of a badly needed OIG

**Appendix A:** Photo taken from USA-33 Form.



**Appendix B:** "Enclosure" FBI FAX 06/15/01. Reception 06/19/01 FLSD_WPB